**Opinion filed December 31, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00306-CV

_____

## GABRIEL ANTHONY CARBAJAL, Appellant

## V.

## PAMELA CARBAJAL, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM72500**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's final decree of divorce. Appellant has now filed a motion to dismiss the appeal, wherein he states that he "has decided not to pursue this appeal." He requests that we dismiss the appeal and tax costs against him. *See* TEX. R. APP. P. 42.1(d).

We grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. STACY TROTTER

December 31, 2025                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.